JENNIFER A. RISO (State Bar # 203497)
LELAND, PARACHINI, STEINBERG,
  MATZGER & MELNICK, LLP
199 Fremont Street - 21st Floor
San Francisco, California 94105
Telephone: (415) 957-1800
Facsimile: (415) 974-1520

Attorneys for Defendants Megan Rose, as Mother and Natural Guardian for minor Joshua Rose, Megan Rose, as Mother and Natural Guardian for minor Matthew Rose, and Megan Rose, Individually

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN ROSE, as Mother and Natural Guardian for minor JOSHUA ROSE, MEGAN ROSE, as Mother and Natural Guardian for minor MATTHEW ROSE, and MEGAN ROSE, Individually,<br><br>Defendants. | CASE NO. C-10-04808 JCS<br><br>[~~PROPOSED~~] ORDER APPROVING REQUEST FOR SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of Defendants MEGAN ROSE, as Mother and Natural Guardian for minor JOSHUA ROSE, MEGAN ROSE, as Mother and Natural Guardian for minor MATTHEW ROSE, and MEGAN ROSE, Individually to substitute retained counsel Jennifer A. Riso, Esq. with the law firm of Leland, Parachini, Steinberg, Matzger & Melnick, LLP, located at 199 Fremont Street, 21st Floor, San Francisco, CA 94105 as attorney of record in the above-referenced action in place and in stead of Megan Rose, who appeared Pro Se on behalf of herself individually and as Mother and Natural Guardian for minors Joshua Rose and Matthew Rose is GRANTED.

1  **IT IS SO ORDERED.**

2

3  DATED: March __18__, 2011

4

5  By: _____
       United States Magistrate Judge

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Joseph C. Spero)*

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET - 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105
TEL (415) 957-1800 • FAX (415) 974-1520

2

C-10-04808 JCS
[PROPOSED] ORDER APPROVING REQUEST
FOR SUBSTITUTION OF ATTORNEY