1 | JENNIFER A. RISO (State Bar # 203497)
LELAND, PARACHINI, STEINBERG,
2 |   MATZGER & MELNICK, LLP
199 Fremont Street - 21st Floor
3 | San Francisco, California  94105
Telephone: (415) 957-1800
4 | Facsimile: (415) 974-1520
jriso@lpslaw.com
5
Attorneys for Defendants Megan Rose, as Mother and Natural Guardian for minor Joshua Rose,
6 | Megan Rose, as Mother and Natural Guardian for minor Matthew Rose, and Megan Rose,
Individually
7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12 | PRUDENTIAL INSURANCE COMPANY          CASE NO. C-10-04808 JCS
OF AMERICA,
13 |                                        **ORDER APPROVING DISTRIBUTION**
                    Plaintiff,             **OF PROCEEDS OF DEATH BENEFIT**
14 |        vs.

15 | MEGAN ROSE, as Mother and Natural
Guardian for minor JOSHUA ROSE, MEGAN
16 | ROSE, as Mother and Natural Guardian for
minor MATTHEW ROSE, and MEGAN
17 | ROSE, Individually,

18 |                    Defendants.

19

20

21 |        The Case Management Conference in the above-referenced matter was held on March 18,

22 | 2011.  Jennifer A. Riso, Esq. appeared on behalf of Joshua Rose and Megan Rose, individually

23 | and as guardian ad litem for Matthew Rose.

24 |        John A. Rose was covered by a group life insurance policy issues by Prudential Insurance

25 | Company of America ("Prudential.")  On February 20, 2008 Mr. Rose designated Matthew Rose

26 | as primary beneficiary under the policy.   On February 20, 2008, Mr. Rose also executed a

27

28 | Beneficiary Designation/Change Form naming Joshua Rose as primary beneficiary of the policy.

{S:\ROSEME\0001\PLD\718328.DOC 2}                                    C-10-04808 JCS

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET - 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105
TEL (415) 957-1800 • FAX (415) 974-1520

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET - 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105
TEL (415) 957-1800 • FAX (415) 974-1520

1  Mr. Rose died on December 11, 2009. Prudential subsequently filed this interpleader action as it

2  could not factually or legally determine the beneficiary based on the circumstances.

3       On December 21, 2010, the court ordered Prudential deposit with the court a check in the

4  amount of $87,000.00, plus claim interest, if any, which represents the full death benefit payable

5  under Group Life Insurance policy number G-57089 which insured the life of John A. Rose. The

6  court further ordered that upon deposit of the check with the court, Prudential shall be dismissed

7

8  from the above-referenced action and be discharged from any liability relating to the death benefit.

9       At the Case Management Conference, counsel for the parties informed the Court there is

10  no dispute as to the distribution of the proceeds of the death benefit.  Joshua Rose and Matthew

11  Rose, by and through his guardian ad litem, Megan Rose have agreed and request the court

12  distribute the funds deposited by Prudential as follows: 50% to Joshua Rose and 50% to Matthew

13

14  Rose.

15       The court hereby orders the funds previously deposited with the court by Prudential in the

16  amount of $87,000.00, plus any claim interest, be distributed in equal amounts to Joshua Rose and

17  Matthew Rose, by and through his guardian Megan Rose. A check representing one half of the

18  amount deposited by Prudential will be made payable to Megan Rose, as guardian ad litem to

19  Matthew Rose and one half of the amount deposited by Prudential will be made payable to Joshua

20

21  Rose.

22  **IT IS SO ORDERED.**

23

24  DATED: March __22__, 2011

25

26  By: _____

27  JOSEPH C. SPERO
    United States Magistrate Judge

28

[PROPOSED] ORDER APPROVING REQUEST
FOR SUBSTITUTION OF ATTORNEY